IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Lyn Malofsky, | NO. C 10-00327 JW |
|       Plaintiff,<br>  v.<br>Life Ins. Co. of North America, et al.,<br>      Defendants. | **ORDER VACATING PRELIMINARY PRETRIAL CONFERENCE; ORDER TO SHOW CAUSE RE. SETTLEMENT** |

This case is scheduled for a Preliminary Pretrial Conference on December 13, 2010. The parties failed to file a Joint Statement and, upon inquiry, informed the Court that the above-entitled matter has reached a settlement. In light of the settlement, the Court vacates the Preliminary Pretrial Conference and all other pretrial deadlines. On or before **January 14, 2011**, the parties shall file a Stipulated Dismissal pursuant to Federal Rule of Civil Procedure 41(a).

If a dismissal is not filed by the specified date, all parties shall appear in Courtroom No. 8, 4th Floor, United States District Court, 280 South First Street, San Jose, Ca. on **January 24, 2011 at 9 a.m.** and to show cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ. P. 41(b). On or before **January 14, 2011**, the parties shall file a Joint Statement in response to the Order to Show Cause. The joint statement shall set forth the status of the activities of the parties for finalizing the settlement and how much additional time is requested to finalize and file the dismissal. If a voluntary dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated.

Failure to comply with any part of this Order will be deemed sufficient grounds to dismiss this action.

Dated: December 9, 2010

JAMES WARE
United States District Judge

2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Arnold Ross Levinson alevinson@pillsburylevinson.com
Katie Joy Spielman kspielman@pillsburylevinson.com
Laura E. Fannon laura.fannon@wilsonelser.com
Rebecca Grey rgrey@pillsburylevinson.com
Sean Patrick Nalty sean.nalty@wilsonelser.com
Terrence J. Coleman tcoleman@pillsburylevinson.com

**Dated:  December 9, 2010**                              **Richard W. Wieking, Clerk**


                                                          **By:     /s/ JW Chambers**
                                                              **Elizabeth Garcia**
                                                              **Courtroom Deputy**