Arnold R. Levinson    (State Bar No. 066583)
Rebecca Grey          (State Bar No. 194940)
Katie J. Spielman     (State Bar No. 252209)
PILLSBURY & LEVINSON, LLP
The Transamerica Pyramid
600 Montgomery St., 31st Floor
San Francisco, California 94111
Telephone: (415) 433-8000
Facsimile:  (415) 433-4816
Email: alevinson@pillsburylevinson.com
       rgrey@pillsburylevinson.com
       kspielman@pillsburylevinson.com

Attorneys for Plaintiff,
LYN MALOFSKY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LYN MALOFSKY,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA; INTERNATIONAL REHABILITATION ASSOCIATES, INC. d/b/a INTRACORP; CIGNA CORPORATION; and DOES 1-20, inclusive,<br><br>　　　　Defendants. | Case No. C10-0327 JW<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER THEREON** |

　　　　Plaintiff Lyn Malofsky and Defendants Life Insurance Company of North America, International Rehabilitation Associates, Inc d/b/a Intracorp; and CIGNA Corporation, through their respective attorneys of record, HEREBY STIPULATE that the above-captioned matter and all claims of relief therein shall be dismissed with prejudice as to all parties in its

entirety pursuant to the parties' agreement to resolve the dispute.  Each party is to bear its own fees and costs.

IT IS SO STIPULATED:

Dated:  January 20, 2011                    PILLSBURY & LEVINSON, LLP

                                            By:  /s/ Rebecca Grey
                                                 Arnold R. Levinson
                                                 Rebecca Grey
                                                 Katie J. Spielman
                                                 Attorneys for Plaintiff,
                                                 LYN MALOFSKY


Dated:  January 20, 2011                    WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER

                                            By:  /s/ Sean P. Nalty
                                                 Sean P. Nalty
                                                 Attorneys for Defendants,
                                                 LIFE INSURANCE COMPANY OF NORTH AMERICA; INTERNATIONAL REHABILITATION ASSOCIATES, INC., d/b/a INTRACORP; CIGNA CORPORATION


# [~~PROPOSED~~] ORDER

Pursuant to the stipulation of the parties, the above-captioned matter and all claims of relief therein are dismissed with prejudice as to all parties in its entirety pursuant to the parties' agreement to resolve the dispute.  Each party is to bear its own fees and costs.

**IT IS SO ORDERED.**   The Clerk shall close this file.

DATED: January 21, 2011                     _____
                                            The Honorable James Ware
                                            United States District Court Chief Judge